IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERTO MAURICIO-RAMIREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-210-RP |
| | § | |
| CHARLOTTE COLLINS, *Warden at* | § | |
| *T. Don Hutto Detention Center*, et al., | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

On March 3, 2026, the Court entered an order granting Petitioner's Petition for Writ of

Habeas Corpus, (Dkts. 1, 6). (Dkt. 11). Respondents advised the Court on March 5, 2026 that

Petitioner was released from custody. (Dkt. 12). All other requested relief in Petitioner's Petition is

**DENIED**. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal

Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on April 17, 2026.


_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE